UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COMET TRAYE RUSSELL,<br><br>Defendant. | Case No. 2:19-cr-00217-APG-EJY<br><br>**ORDER** |

Before the Court is Defendant's Motion for Copies. ECF No. 83. In the Motion Defendant seeks copies of his sentencing transcripts and case dockets. *Id.* at 1.

Under United States District Court for the District of Nevada Local Rule (LR) IA 11-6(a), "[u]nless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Here, Defendant is represented by Attorney Rebecca A. Levy of the Federal Public Defender's office. Consequently, Defendant's Motion is improper. Defendant is directed to his counsel for the assistance he seeks.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Copies (ECF No. 83) is DENIED.

DATED THIS 27th day of October, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1